

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,827-01

### IN RE LESTER HIDALGO AGUILAR, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 10697CR IN THE COUNTY COURT
### OF KINNEY COUNTY

*Per curiam*.

**O R D E R**

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed a notice of appeal in Kinney County and it has not been properly forwarded to the appellate court.

Respondent, the District Clerk of Kinney County, shall forward Relator's notice of appeal to the appropriate appellate court and send a copy of that transmittal notice to this Court or respond that Relator has not filed a notice of appeal in this cause. *See* TEX. R. APP. PRO. 25.2(e). This motion for leave to file will be held. Respondent shall comply with this order within fourteen days from the date of this order.

Filed: June 15, 2022
Do not publish